**The Carrillo Law Firm, PLLC**
F. Michael Carrillo, SB#024343
23 North Stewart Avenue
Tucson, Arizona 85716
Phone: (520) 820-2829
Email: thecarrillolawfirm@gmail.com

*Attorney for Elias Hernandez-Ordonez*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO: CR-22-00852-TUC-JCH-DTF |
| Plaintiff, | **NOTICE OF CHANGE OF PLEA** |
| v. | |
| Elias Hernandez-Ordonez, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the **Change of Plea Hearing** for defendant, Elias Hernandez-Ordonez, will be heard on June 7, 2022, at 9:00 a.m., before the Honorable Magistrate Judge Bruce G. Macdonald, at the United States District Court, 405 West Congress Street, Tucson, Arizona.

RESPECTFULLY SUBMITTED this 2nd day of June, 2022.

THE CARRILLO LAW FIRM, PLLC
F. MICHAEL CARRILLO


*s/ F. Michael Carrillo*
F. Michael Carrillo
*Attorney for Elias Hernandez-Ordonez*

Copy provided by ECF to:

Jonathan Granoff,
Assistant United States Attorney

1